

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-43,847-09

### IN RE THE HONORABLE PATRICK H. SIMMONS, JUDGE OF THE 77TH DISTRICT COURT, Respondent

### ORDER TO SHOW CAUSE AND FILE RESPONSE IN EX PARTE GARDNER IN CAUSE NUMBER 13074-A-1 IN THE 77TH DISTRICT COURT LIMESTONE COUNTY

*Per curiam*.  Yeary and Newell, JJ. concur.

## O R D E R

On March 21, 2018, this Court remanded Gardner's habeas application and ordered Respondent, the Honorable Patrick H. Simmons, to make findings of fact and conclusions of law within 120 days from the date of the remand order.  We also ordered the district clerk to immediately forward to us the findings and conclusions and the record developed on remand.  On January 9, 2019 and March 14, 2019, this Court reminded Respondent by letter that we had not received his findings and conclusions and the record developed on remand.  As of today, we have not received a response from Respondent.

Therefore, Respondent shall show cause why he should not be held in contempt and punished

by this Court for failing to comply with this Court's March 21, 2018 remand order.  Within thirty days from the date of this order, Respondent shall state by sworn affidavit(s) why he should not be held in contempt and punished.

The Clerk of this Court shall issue a Notice to Show Cause and File Response that will accompany this order.

Filed: April 1, 2020
Do not publish